IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | | |
|---|---|---|
| NICK COWSER and | ) | |
| LAURA POTTS-COWSER, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 3:19-cv-00996-JPG |
| | ) | |
| v. | ) | |
| | ) | |
| FRESZNO LUNDY and | ) | |
| LUNDY TRUCKING, L.L.C., | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Nick Cowser and Laura Potts-Cowser and Defendants Freszno Lundy and Lundy Trucking, LLC and hereby stipulate and agree that Plaintiffs' cause of action against Defendants may be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear their own costs.

| | |
|---|---|
| _/s/ Kristina D. Cooksey_ (with consent) | _/s/ Kevin L. Fritz_ |
| Thomas C. Rich                #6186229 | Kevin L. Fritz              # 6295633 |
| Kristina D. Cooksey           #6299549 | Brian R. Betner             #6305481 |
| Michelle M. Rich              #6310004 | LASHLY & BAER, P.C |
| Aaron J. Chappell             #6311028 | 714 Locust Street |
| RICH, RICH, COOKSEY & CHAPPELL, P.C. | St. Louis, Missouri  63101 |
| 6 Executive Drive, Suite 3 | (314) 621-2939 – Telephone |
| Fairview Heights, IL 62208 | (314) 621-6844 – Facsimile |
| (618) 632-0044 - Telephone | |
| (618) 632-9749 - Facsimile | 20 East Main Street |
| tomrich@rrccfirm.com | Belleville, IL  62220-1602 |
| | (618) 233-5587 – Telephone |
| *Attorneys for Plaintiffs* | klfritz@lashlybaer.com |
| | bbetner@lashlybaer.com |