IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NICK COWSER, et al.,

    Plaintiffs,

        v.

FRESZNO LUNDY, et al.,

    Defendants.

Case No. 19-996 JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on a stipulation of dismissal (doc. 30). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: May 14, 2020

                                        *s/J. Phil Gilbert*
                                        UNITED STATES DISTRICT JUDGE